IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01171–EWN–OES

DAWN R. MARSHALL, Pro Se,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT
OF CORRECTIONS, JOE ORTIZ,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the court on "Plaintiff's Unopposed Motion to Dismiss Without Prejudice" filed January 17, 2006. The court having read the motion to dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 24th day of January, 2006.

                                             BY THE COURT:

                                             s/ Edward W. Nottingham
                                             EDWARD W. NOTTINGHAM
                                             United States District Judge